IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00222 SOM-01 |
| | ) | MC 13-00068 SOM-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHN CERIZO , | ) | |
| Defendant. | ) | |
| _____ | ) | |
| STATE OF HAWAII, DEPARTMENT OF BUDGET AND FINANCE, UNCLAIMED PROPERTY PROGRAM | ) | |
| Garnishee | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 10, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Action" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 23, 2013.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States v. Cerizo; State of Hawaii (Garnishee), Cr. No. 04-00222 SOM-01
MC 13-00068 SOM-KSC
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION